UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**14 CV 839**

____MARTIN MISHTAKU_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

1 Officer, CINDY ESPADA_____

2 Sergeant, ANTHONY ESPOSITO_____

3 Deputy Inspector, ANDREW LUNETTA_____

4 Director, THOMAS M. PRASSO_____

_____

**COMPLAINT**

Jury Trial: ☒ Yes   ☐ No
(check one)

RECEIVED
FEB - 6 2014
PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  MARTIN MISHTAKU
            Street Address  138-25  31 Drive    Apt #2B
            County, City  FLUSHING, Queens
            State & Zip Code  NY  11354
            Telephone Number  (347) 760-4831

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  CINDY ESPADA
                   Street Address  1 Police Plaza - Room 110

*Rev. 05/2010*

                County, City New York, NY
                State & Zip Code 10038
                Telephone Number (646)610-6524   Fax: (646)610-6399

Defendant No. 2   Name ANTHONY ESPOSITO
                Street Address 1 Police Plaza - Room 110
                County, City New York, NY
                State & Zip Code 10038
                Telephone Number

Defendant No. 3   Name ANDREW LUNETTA
                Street Address 1 Police Plaza - Room 110
                County, City New York, NY
                State & Zip Code 10038
                Telephone Number (646) 610-5873

Defendant No. 4   Name THOMAS M PRASSO
                Street Address One Police Plaza, Room 110A
                County, City New York, NY
                State & Zip Code 10038
                Telephone Number (646) 610-5560   Fax: (646)610-6399

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

     ☑ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Discrimination towards my application for a residence pistol permit and towards me the applicant.

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

     Plaintiff(s) state(s) of citizenship _____
     Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 1 Police Plaza - Room 110, New York, NY, 10038 and via phone and mail.

B. What date and approximate time did the events giving rise to your claim(s) occur? For me it all started on August 20, 2013 in the afternoon, when I made a phone call to Officer, Cindy Espada

C. Facts: 1. March 22, 2013 - Start of my pistol permit residential application. 2. June 20, 2013 - Had an interview with Off. Espada which went well, during which I was told that I was to receive a Notice Letter via mail by August 20, 2013. 3. August 20, 2013. Haven't heard from Off. Espada still so I decide to call. She tells me that she was awaiting my psychological evaluation papers that I had taken in Feb 16, 2010 for the position of Police Officer. I was told to not call back and stay on wait. 4. October 15, 2013 - I decide to call a 2nd time. I find out that Off. Espada is on vacation and that my application is on hold until her return. At the end of the call I get the name of her supervisor, Sergeant Anthony Esposito. 5. October 18, 2013 - Decided to go to 1 Police Plaza. I arrived there around 4 p.m. to find that Serg. Esposito had left. I speak with a lady in charge. She tells me that my application had been denied since September 5th 2013 and gives me a copy of my Notice of Disapproval. I ask to speak to her supervisor and complain as to why was I not notified. She asks me to step in the hallway. I'm approached by Detective Simpleton to whom I voice my complaint to which he simply says to file a letter of appeal. 6 - November 12/2013 - I file a letter of appeal and on Dec 4, 2013 - I get Disapproved by Director, Thomas M Prasso.

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I feel that the 4 people I've mentioned above have neglected me, a citizen of the United States of America, and my application for a residence pistol permit throughout the process. I feel that I'm being persecuted and castigated. They've shown to be bias towards me and my application. No one from my friends, family members or work place was ever contacted to get information in regards to my character, thus proving that a thorough investigation or fair treatment was never conducted. I'm extremely disappointed yet I hold hope in the justice system to exercise a fair hearing from my peers.

*Rev. 05/2010*

[Margin labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I want the court to give me a hearing from a jury of my peers. I want the court to find the defendants (who are public servants and law enforcement) guilty of discrimination towards me, the applicant and my application that exercises the 2nd amendment right granted to me by the Constitution of the United States. I want the court to award me $400,000.

I would hope that justice is served either way and that other citizens in my position, not only in the state of New York, but the whole country, get a fair treatment and most importantly service. I would also love to see the 4 of them from Officer Espada to Director Prasso, be stript of all their titles and responsibilities, so that they could never serve the public sector ever again.

Lastly, I want the judgement that was set upon me be withheld.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31 day of January, 2014.

Signature of Plaintiff  Martin Mishtaku
Mailing Address        138-25 31 Drive Apt #2B
                       FLUSHING NY 11354

Telephone Number       (347) 760-4831
Fax Number (if you have one) _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____
Inmate Number          _____

*Rev. 05/2010*