UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN MISHTAKU

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED: 5/2/2014             │
└─────────────────────────────────┘
```

*(In the space above enter the full name(s) of the plaintiff(s).)*

**AMENDED
COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

-against-

Police DEPARTMENT LICENSE DEVISION
OFFICER CINDY ESPADA
SERGEANT ANTHONY ESPOSITO
DEPUTY INSPECTOR ANDREW LUNETTA
DIRECTOR THOMAS M PRASSO

Jury Trial: ☑ Yes   ☐ No
(check one)

14 Civ. 839 (LAP)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

I.     **Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of
       confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
       as necessary.

Plaintiff's    Name    MARTIN MISHTAKU
               ID#     Not Applicable
               Current Institution    N/A
               Address    138-25 31Drive Ap #2B
                          FLUSHING, NY, 11354

B.     List all defendants' names, positions, places of employment, and the address where each defendant
       may be served. Make sure that the defendant(s) listed below are identical to those contained in the
       above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  Police Department License Devision  Shield #  N/A
                   Where Currently Employed    N/A
                   Address  1Police Plaza, Room 110
                            New York, NY 10038

*Rev. 01/2010*                                    1

Defendant No. 2    Name __Cindy Espada__    Shield # __N/A__
Where Currently Employed __NYPD__
Address __1 Police Plaza, Room 110__
__New York, NY 10038__

Defendant No. 3    Name __Anthony Esposito__    Shield # __N/A__
Where Currently Employed __NYPD__
Address __1 Police Plaza, Room 110__
__New York, NY 10038__

<div style="border:1px solid">Who did what?</div>

Defendant No. 4    Name __Andrew Lunetta__    Shield # __N/A__
Where Currently Employed __NYPD__
Address __1 Police Plaza Room 110__
__New York, NY 10038__

Defendant No. 5    Name __Thomas M Prasso__    Shield # __N/A__
Where Currently Employed __NYPD__
Address __1 Police Plaza, Room 110__
__New York, NY 10038__

## II.    Statement of Claim:

State as briefly as possible the facts of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
__1 Police Plaza, Room 110, Police Department Lianse Devision__
__New York, NY 10038__

B.    Where in the institution did the events giving rise to your claim(s) occur?
__Room 110, Licensing Unit__

C.    What date and approximate time did the events giving rise to your claim(s) occur?
__From March 22, 2013 - October 18, 2013.__

<div style="border:1px solid">What happened to you?</div>

D.    Facts: __1. March 22, 2013, I filied the application for__
__a residential pistol permit at 1 Police Plaza, NY, room 110.__
__2. April 29, 2013, Officer Espada, is assigned as my investigating__
__Police Officer. 3. June 20, 2013, I've an interview with__

Officer, Cindy Espada at 1 Police Plaza, room 110. 4. August 20, 2013, I call her to see how the investigation is going. Espada notifies me that she's still awaiting my psychological evaluation papers that I had taken in February 16, 2010 for the position of Police Officer. Off. Espada, tells me to not call back and stay on wait. 5. October 15, 2013, I call a second time and find out that Off. Espada has gone on vacation. I'm also informed of her Supervisor's name. Sergeant Anthony Esposito. 6. October 18, 2013 I arrived at 1 Police Plaza, Room 110, there I was handed my Disapproval Notice for a Residential Pistol Permit, signed by deputy Inspector, Andrew Lunetta. 7. November 12, 2013, I filed a Letter of Appeal to the Director, Thomas M Prasso. 8. October 23, 2013. Prior to filing a Letter of Appeal I got a referral from Doctor, Woong Paik, for a psychological examination, FLUSHING Hospital, Queens, N.Y. room 310. I was denied an evaluation because of unspecified guidelines, that I didn't meet. 9. December 4, 2013, I receive a Notice of Disapproval after Appeal signed by Director, Thomas M Prasso.

| |
|---|
| **Was anyone else involved?** |

| |
|---|
| **Who else saw what happened?** |

### III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I was deprived of my right, 2nd Amendment, the ability to keep my family safe, in case I was to be confronted by a possible deadly threat. The Defendants treated me in a manner that reflects: prejudice, bias and negligence. Emotionally it has been very frustrating and debilitating to live my everyday life to the fullest and in a peaceful manner to a certain degree. If I wasn't a strong minded person, the emotional toll would have been severe.

### IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____    No _✓_

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Not Applicable

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Not Applicable

Yes _____    No _____    Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Not Applicable

Yes _____    No _____    Do Not Know _____

If YES, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No _____

Not Applicable

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No _____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?    N / A

1.    Which claim(s) in this complaint did you grieve?

N / A

2.    What was the result, if any?

N / A

3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.    Not Applicable

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

Not Applicable

N / A

_____

_____

2.    If you did not file a grievance but informed any officials of your claim, state who you
      informed, when and how, and their response, if any:

N / A

Not Applicable

_____

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
      remedies.

N / A

Not Applicable

_____

_____

_____

_____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your
         administrative remedies.

V.    **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). The main and most important
objective is, as a free and sound minded individual, to be able to exercise
my 2nd Amendment right granted to me by the Constitution of the USA.
In addition, I want to be awarded $1,400,000 in damages I sustained
By the Police Department License Division. Those damages include:
my family being left defenceless in the face of a possible and deadly
threat, by infringing upon my 2nd Amendment right, in the form of $1,000,000.
And by treating me a citizen of this country, in an unequal and
unbecoming manner that proves to show prejudice, bias and negligence,
in the form of $400,000. Furthermore, I want their expedited expulsion
from the police force and the deprivation of all the merits they acquired

in the field. In addition to this, I want the court to issue an extensive and continues investigation on how the Police Department License Division conducts their investigations and to what ways the citizens are subjected during this extensive process. The timeline of the investigation should also be a matter of debate.

**VI.    Previous lawsuits:**

On these claims

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____  No  ✓

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

    1.    Parties to the previous lawsuit:

    Plaintiff _____ N / A _____
    Defendants _____ N / A _____

    2. Court (if federal court, name the district; if state court, name the county) _____
    _____ N / A _____
    _____ 3.    Docket or Index number _____ N / A _____
    _____ 4.    Name of Judge assigned to your case_____ N / A _____
          5.    Approximate date of filing lawsuit _____ N / A _____
          6.    Is the case still pending?  Yes _____  No _____  N / A
                If NO, give the approximate date of disposition_____
          7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
                _____ N / A _____

On other claims

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____  No  ✓

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.    Parties to the previous lawsuit:

    Plaintiff _____ N / A _____
    Defendants _____ N / A _____

    2.    Court (if federal court, name the district; if state court, name the county) _____
          _____ N / A _____
    _____ 3.    Docket or Index number _____ N / A _____
    _____ 4.    Name of Judge assigned to your case_____ N / A _____
          5.    Approximate date of filing lawsuit _____ N / A _____

6.     Is the case still pending?  Yes _____  No  ✓

       If NO, give the approximate date of disposition_____ N/A _____

7.     What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

_____ N/A _____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 1st day of May , 2014.

           Signature of Plaintiff   Martin Mishtaku

           Inmate Number       Not Applicable

           Institution Address _____  _____

           138-25 31Drive Ap#2B

           FLUSHING, NY 11354

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 1st day of May , 2014, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

           Signature of Plaintiff:   Martin Mishtaku

                           I'm not an inmate.

AMENDED COMPLAINT

Martin Mishtaku                                            Demand: Jury Trial

    against                                            14-CV-839 (LAP)

Police Department Licensing Devision

       I, Martin Mishtaku, accuse the defendants, composed of: the Police Department

licensing devision, Officer Cindy Espada, Sergeant Anthony Esposito, Deputy Inspector Andrew

Lunetta, Director Thomas M Prasso; of infringing upon my 2nd amendment right granted to me

by the Constitution and I accuse the defendants of unequal treatment, a treatment unbecoming

that of a naturalized citizen of the United States of America, such as I am.

       I will show that this unequal treatment derives as a consequence of their actions towards

me in the form of prejudice, bias and negligence. These might seem strong words for a sector of

government that is composed of public servants. However, a mere review of the facts will reflect

my point, precisely. Ultimately, is this form of methodology taken by the defendants, that robs

me of my right, leaves me and my family vulnerable in the face of a possible deadly threat. I'm a

free citizen, with no arrest warrant pending or anything of that nature, absolutely no history of

violence or even a threat towards others, mentally sound and stable, compassionate, forgiving

and generous… therefore, I ask that my right be restored. This is my first and most important

objective for bringing this case to court and of course the issues that I have with the way that

the investigating process was conducted.

       In addition, prior to deciding on bringing my case to court, I filed an appeal on

11-12-2013, to the Director of the Licensing Division, Thomas M Prasso. This decision was

made after I got a notice of disapproval on 10-18-2013, signed by Deputy Inspector Andrew

Lunetta, which informed me of my right to appeal. Then, on 12-4-2013, I received a notice of

disapproval after appeal, by Director Thomas M Prasso, which also gave me the right to appeal

his determination by commencing an Article 78 proceeding in State Supreme Court within four months of the date. I had decided to get a lawyer, Patricia Feerick, before I filed the letter of appeal to the Director Thomas M Prasso, which was referred to me by, John Deloca of Seneca Sporting Range, the person who assisted me with the application process for a residential gun permit. When I spoke with Patricia, she told me to proceed with an Article 78, to which I wanted to add that Deputy Inspector Lunetta's decision to dismiss my issuance of a residential pistol permit was infringing upon my 2nd amendment right. She stated that "they would not like that over at 1 Police Plaza", so we should leave it out. I was reluctant and told her that I would be pleased if she was going to meet me half way. To my surprise she said that either I was going to do as she said or to find someone else. So I tried to find another civil rights lawyer to represent my case. I called the Queens County Bar Association, in amazement I found them to be rude, arrogant and unwilling to truly help. I asked around to see if someone was willing to take my case pro bono, with no luck. Ultimately, these experiences led me to the final decision to resolve this case in court, acting pro se and without proceeding with an Article 78 appeal. Patricia Feerick's words were a shock to me that the highest law of the land, I'm referring to the 2nd Amendment right in this case, would represent a lesser chance of wining an appeal if I was to include it, combine it, with an Article 78 proceeding. To me this showed that the people working at 1 Police Plaza had no respect for their oath of office and the law of this land, therefore I was not going to show any respect by mentioning a lesser state law, at that, in defense of my case. Now what would make me believe her statement to be true? Well, being that Patricia Feerick worked at 1 Police Plaza previously, is a strong evidence, at least according to my reasoning.

The facts:

1- March 22, 2013. I filed the application for a residential pistol permit at 1 Police Plaza, NY.

2- April 29, 2013. Officer, Cindy Espada is assigned as my investigating police officer.

3- June 20, 2013. I have an interview with Officer, Espada at 1 Police Plaza, room 110. The

interview goes well from my perspective, a fact that proves this also, is the mentioning of this interview being completely absent in both the notice of disapproval, by Inspector, Lunetta and the notice of disapproval after appeal, by Director Prasso. During this interview I asked Officer, Espada as to when was I going to hear from her again. She stated that by August 20, 2013, I should expect a Notice Letter via mail from her.

4- August 20, 2013. There was nothing on my mail from Off, Espada so I decided to call. She tells me that she was still awaiting my psychological evaluation papers that I had taken in February 16, 2010 for the position of Police Officer. Before she hung up she told me to "not call back and stay on wait". This was the moment that I immediately realized that I was going to get the short end of the stick, the same way I did from the Psychologist for the position of P.O. with the NYPD. I say this because I recall the interview of Feb 16, 2010 very well. How she was being so unprofessional in the way she was conducting the interview, by keep hitting below the belt, figuratively speaking, to get a reaction out of me. I'm a stand up guy or I learned to be as I got older so I put her in her right place the right way. Shamefully this lady went so out of her way to portray me in such a disrespectful and insulting manner to the point of, if someone was to invite me to be a part of the NYPD right there and then I would have said, thanks, but no thanks. An appeal was out of the question. Therefore, as the call ended I took notes of what went on and decided that I was going to fight for my right and rights with all that I had.

In addition, from June 20, 2013, all the way to August 20, 2013, Officer, Espada did not make a single phone call, to my family, my friends, my previous employers, to ask about my character. Not only in this 2 months that she was awaiting the NYPD psych results, but through the entire process, all the way to October 18, 2013, she did not care to hear what the people who knew me best, or interacted with me through an extensive period of time, had to say about me and my general conduct in diverse environments of societal gatherings. I say the reason was my previous arrest record which I will explain later. This conduct on her part clearly shows prejudice

towards me. I don't have a problem with anybody viewing my past. However, one must take in consideration not only that one bad incident in my life but also the good that I do in my every day life. I'm simply saying do not keep condemning me or judging me solely on that one mistake. This kind of judgment belongs to the close minded and uneducated. Also the word judgement doesn't sound good with me when I reflect upon it. Life has taught me that one must simply try to understand only. In my opinion, we punish people because we judge them, if we understood we would rehabilitate them or at least make it the priority. Not to get of topic, but this conduct on her part to blatantly refuse me a thorough and complete investigation, which I paid for if I might add, to get the right picture of who I am and what I stand for shows without a doubt, prejudice. She condemned me before, well she judged the book by the cover, by the way I'm the book and the cover at least in her eyes is my arrest record. Classical failure of why a society doesn't get to evolve fast enough, incidentally. I mean if you bring someone out into society let him enjoy its fruits accordingly, without prejudice, otherwise is a waste of time, resources and human life at times. As a wise man ones said, tell me how you treat the least among you and I'll tell you the affairs of that state. That man happened to give his life too, for he so loved the world. A man of understanding, as I try to be.

5- October 15, 2013. I decided to call Off, Espada a second time, even though she told me to just sit and wait. However, I didn't hear from her in almost 2 more months. I find out that she has gone on vacation. I ask who is overlooking my application and I'm told that it's on hold until her return. I ask for her supervisor's name, Sergeant Anthony Esposito. At the end of the call I immediately thought of going to 1 Police Plaza to have a word with Sergeant, Esposito to get a full assertion of my situation because I sensed that somethings weren't right. I felt neglected at this point. I was also aware that my friends, family members, previous work places weren't contacted to get information about my character.

4

6- October 18, 2013. I arrive at 1 Police Plaza, room 110 around 4 p.m. I just missed, Sergeant Esposito so I asked to speak with someone in charge. The lady who approached me sensing my distress asked me if she could help me. I give her my application number 2013-0731. She puts the number in the computer and soon after walks to the printer. She hands me the paper with the Notice of Disapproval and says that she is sorry that I had been disapproved. I asked her since when? She stated since September 5, 2013. My feelings of negligence from Officer, Espada's part proved to be right. I said why was I not notified. She did not respond so I asked to speak with the person in charge of her department. Detective, Singleton walks out and I refuse to speak to him, but, he says he is in charge. After being told to walk out in the hallway I asked we rather sit at his desk. He replied that where we was standing was his desk so I could voice my concerns to him right there and then or go home. I voiced my concerns to him and after a lengthy talk Detective, Singleton simply told me to file an appeal to the Director, Thomas M Prasso. Going back to the lady who handed me the Letter of Disapproval. I noticed that prior to handing it to me, she proceeded to write something on it. That happened to be the Date and Disapproval number. This means that had I not gone to 1 Police Plaza on October 18, 2013 which the Notice is dated in hand writing, I would have still been on wait, perhaps awaiting Officer, Espada's return from her vacation. Now, I don't have a problem with anyone taking a vacation for as long as they can afford. I just have a problem if you go on vacation at the expense of my right, the 2nd amendment right which is necessary for me to protect my family and home, interior and exterior. By interior, I mean my family within my home and exterior, my home outside my home, in other words the people and my country if needed.

Moreover, being that I have established prejudice and negligence on Officer Espada's part I would like to clarify were her bias falls in. Prejudice, in the form of judging me simply on the basis of my arrest record and later my psychological exam with the NYPD, without ever sweating to investigate even further by following the leads I had provided in accordance with

5

what was asked of me in the Gun Permit Application that I submitted. Without ever calling me even once. This is where she at least out of respect for public service, which she is supposed to represent, to let me know of any problems, such as the need for me to conduct an up to date Psychological Evaluation, to see the contrast from 2010. This continues to be very frustrating and emotionally challenging for me, as I'm typing this complaint at this very moment. Because I'm dealing with parts of my life that involve what others might perceive as failures, which even though they are, I look at it as growth, endurance and how being patient never grows old. I will persevere. I proved that Off, Espada showed negligence when she didn't see it as relevant, I guess, to investigate further, in regards to my character, the leads that I had provided to her, in the form of my family, friends and previous employers. She showed negligence by not notifying me in a timely fashion of my disapproval. As I stated earlier I was disapproved on September 5th, but I received the notice of disapproval on October 18th, as I went to 1 Police Plaza, room 110, in person, while Officer, Espada was on vacation. If I had not gone there that day, who knows when Espada would have seen it necessary to mail me that notice?

Now, shortly I want to establish her bias towards me. It is self evident. What Officer, Espada has presented as an extensive investigation, as she would like one to believe due to the length of time from March 22, to October 18, that she misuses if I might add, is a mere report. In fact to arrive at her judgement it takes no more then an eight hour shift and I'm being generous. One has to simply run my finger prints, get a fax from the NYPD Psych applicant unit for the position of Police Officer, read the report or simply read what the Psychologist determined on my behalf and one, without looking at the full spectrum that being the period there after, will arrive at Off, Espada's conclusion before the shift is over. In other words, she was biased towards me because she only looked at one side of the so called investigation. She failed to treat me, as I said in the beginning, in a way that's becoming of an American Citizen, not a

6

criminal. In her eyes I'm a guilty man and she never gave me the fair treatment, that opportunity to prove her wrong. I hope the court will, though I'm not counting on it.

Before I continue on, it is important to understand that Officer, Espada's unequal treatment towards me in the form of prejudice, bias and negligence will give rise to the careless decisions made by the Deputy Inspector and the Director. Even though their position of power rises with the rank I have decided to hold them accountable to the same degree as Officer, Espada, to not make things more complicated than they need be. When it comes to Sergeant, Anthony Esposito, the reason why I accuse him in this complaint of the same crime as the others is because he failed his call of duty. He failed to overlook Officer, Espada's investigative work, or if he did take notice of it, then Sergeant, Esposito cited in her favor by staying neutral on the basis of her decision. Either way, he is guilty of the crime of infringing upon my Constitutional right, being the 2nd Amendment in this case, and unequal treatment that is unbecoming of a naturalized citizen of the United States of America.

7- November 12, 2013. I file a letter of appeal to the Director, Thomas M Prasso. The appeal was in response to the decision made by Deputy Inspector, Andrew Lunetta to disapprove my application for a Handgun License, dated 10-18-13, from the lady that handed me the disapproval notice personally.  As I stated earlier I decided to progress on my own and without a Article 78 proceeding, against the recommendation of the lawyer, Patricia Feerick. Due to her statement regarding the sentiments of the workers at 1 Police Plaza, I decided to file a letter of appeal only mentioning the fact that my 2nd Amendment right had been infringed and how I felt about the conduct of the whole investigative process. Also, explaining what went on during the psychological interview for the position of Police Officer and why I was arrested. To keep this complaint short I will include my letter of appeal with the court records.

According to Deputy Inspector, Lunetta, "my arrest history, lack of responsibility, and poor stress tolerance cast grave doubt upon my ability to safely possess a firearm in New York City".

In addition, Inspector, Lunetta states, on February 16, 2010, I was present for the Psychological Exam as a candidate for New York City Police Officer, during which I made multiple statements which led the examiner to conclude on my unsuitability for the position. My coping skills, stress tolerance, and overall poor judgement were all issues taken into consideration in the making of this decision.

First of, when it comes to my arrest, I would elaborate thoroughly about the circumstances that led to it, what was the catalyst, which is very important, my thought processes at the time, the way I interpreted things and why I made the choices I did. However, I will speak of this in details as I recall, only if my case goes to court. The defendants had their chance to understand the reasons why. They judged me of being guilty as charged and that's why their investigation and their assertion of me will hold no water in the end. Anyways, I owned up to my mistake, albeit my actions were justifiable. I apologized to the girl. I maned up, even though she was even more guilty in my eyes of what had happened to me and why "my behavior was upsetting her", as stated by Director, Prasso. In addition to losing her ultimately, I lost a career in the field of Detective work, which would have been a privilege for me. I let my family down. I was faced with an uncertain future, not that anything is certain in this reality. I guess that's why most have the ability to adopt to changes or go extinct. I accept all this, however, I will not give up my right or rights as a free and a law abiding citizen with no mental issues, to no form of authority unless proven beyond a reasonable doubt that at the moment being I'm incompetent to safely possess a firearm.

Noticing that my mental faculty was put to question, I immediately decided that I had to meet with my doctor for a Psychological Examination. In order to make a strong case for myself when submitting the letter of appeal to Director, Prasso, combined with the fact that Investigating Officer, Cindy Espada, had done an inadequate investigation. And Deputy Inspector, Andrew Lunetta's assertion of my case was based on Officer Espada's incomplete

investigative work. I deemed it necessary to get a mental evaluation to secure a win over my appeal.

8- October 23, 2013, Doctor, Woong Paik, gave me a referral to the mental health clinic, located at Flushing Hospital, the same hospital, room 310. He asked me if I was ok. I said yes. I told him I just needed to have a mental health evaluation because I had applied for a residential pistol permit and I had to prove my state of mind was sound. So, right after receiving the referral from Dr, Paik I proceeded to room 310. There I filled out the Patient Information form and stated the reasons why I needed a mental evaluation. On the Presenting Symptoms box I said "I'm here for a thorough Psych Evaluation. I've applied for a Gun Permit and I need to take this evaluation as a proof that I'm mentally stable and perform very well under stress also that I'm a reliable and responsible person". I was denied. The reasons that I had stated, were contrary to the mental health clinic's guidelines and I was told to look somewhere else. However, before I left I got the Patient Information form with me and the signature of the supervisor on top of the form, who related this message to me. I asked the supervisor about the nature of the guidelines and who was its producer. She said the board's and asked me to leave. I did as she said. However, I have decided to continue this matter to court, filing a complaint with the Eastern District. Afterwords, I went back to my doctor straight away and told him to give me another referral because of what had just happened. Dr, Paik was astonished by my answers and yet he said I was on my own. There, I decided that I did my job, for all I cared. I did what I was never asked by Officer, Espada all the way to Director, Prasso.

9- December 4, 2013. I receive a Notice of Disapproval After Appeal, by Director, Thomas M Prasso. When I mentioned low balling, or kicking below the belt to be exact, such as was the case with the Psychologist who examined me in 2010. Mr. Prasso, here, jumped on the bandwagon. Being that he could not refute my claims of my vivid recollections of what went on over 4 years ago during the evaluation, he states, that while my letter of appeal goes on at

length about my recollection of the examination, I had not submitted any information, such as "my own doctor's report, to refute the NYPD psychologist's conclusions". Checkmate mister director. This is the icing on the cake as they say. I am actually speechless at this moment. The audacity and arrogance of these people. I will persevere. I don't know why they keep repeating the wrong assumptions of one another. Hint, could it be their methodology on how they conduct their investigations. According to all of them, I happen to have potential difficulty incorporating the values and standards of society and I've limited respect for rules and social norms. Well, I will admit this much. I am a nonconformist and I don't follow anyone. Life has taught me not to. I always choose my own path and I rise or fall according to my merits, without taking shortcuts or stepping on anyone. At least in this way I could look at my reflection, love what I see and sleep comfortably knowing who I am. I admit that I'm not perfect and I can't reach perfection. That is God. Anyways, to give some light to my outlook on society and social norms, I actually have a pretty clear idea of how the system works generally speaking. To express it in one short sentence as Friedrich Nietzsche would, this is what I would do differently. I would eradicate money, or currency. The system is outdated. How you ask? Well, I realized that when the "orchestrated" financial crisis hit in 2008, the main crisis was within each and all of us, it was more like a reminder. Most of us did not understand or care to understand the nature of man. If I had the power I would tell people to not work or be slaves of their creation, but, to work endlessly for that which has been created, man. We should work for humanity. The earth is bountiful. The technology exist to educate and accommodate all. If there isn't a rebirth soon enough I do not like the way things are unnecessarily going around our home. Earth is our home, we are family. The rainbow is composed of different colors, so humanity should stick together. For just like the colors are different in the end they remain colors. I wonder what light we would give if we stood united. It has never happened in recorded history. Yes I'm a dreamer and I know, dreams without actions are like lights with no reflections. I have lived long enough to

understand who I am and why I am here. However, I also accept reality even though my outlook is slightly different. For now things are what they are and as they say, it's not wise to swim against the current. There, you see, even though I'm a nonconformist I do have a clear incorporation of the values and standards of society. And I do respect the rules and social norms, ironically. Moreover, selling the idea of something being "too big to fail". I say, well, if something is too big to fail, then why is it failing. This has become the social norm, in addition to tapering and bailouts. Instead of prosecuting the people who put a nation's economy or the globe's economy in peril, since we are dealing with globalist. They get even more powerful by getting us, through congress, to hand them a golden parachute. Now the reason why I said that this was all orchestrated is because they openly speak of a New World Order. Who are "they". Well that's why we need brave men and women to stand for justice and freedom. Former President, John F Kennedy, in "The President and the Press" speech, on April 27, 1961, did approve of their existence, influence and power. His love of country and what this country is meant to stand for, caused his defiance and ultimately the path that lead to his death. Now, I know that I will be labeled as a conspiracy theorist, even worse perhaps, that's fine. I'm not afraid to express my self freely and if I'm wrong what's the worst that could happen. Learning from it or ending up dead chasing and exposing the truth. In my eyes both options make one a patriot. When I think of patriotism, I think of Giovanni Falcone, the highest form of heroism. This is an insight of how my morality and ethics are shaped and I'm not afraid nor ashamed of my belief system of truth and justice. I know this, at times justice can be bent and even bought when dealing with a powerful source that stimulates, chaos and fear. Nonetheless, my home of the free and land of the brave will still stand, for as long as our Constitution lives. By fighting for my rights, I have served my country well.

In conclusion, it is clear that the defendants, composed of: the Police Department licensing devision, Officer Cindy Espada, Sergeant Anthony Esposito, Deputy Inspector Andrew

Lunetta, Director Thomas M Prasso, have infringed upon my 2nd amendment right granted to me by the Constitution of the United States of America. They have treated me unequally, in a way that's unbecoming a naturalized citizen, such as I am. Their methodology proves to show prejudice, bias and negligence, towards me. Thus, their depraved notion that I don't have the ability to safely possess a firearm in New York City is inaccurate.

Injuries:

I was deprived of my right and the ability to keep my family safe, in case I was to be confronted by a possible deadly threat. I was treated in a manner that reflects prejudice, bias and negligence. Emotionally it has been very frustrating and debilitating to live my everyday life to the fullest and in a peaceful manner to a certain degree. If I wasn't a person who in life has acquired the ability to be extremely strong minded, the emotional toll would have been severe.

Relief:

The main and most important objective is, as a free and sound minded individual, to be able to exercise my 2nd Amendment Right granted to me by the Constitution of the United States of America. In addition, I want to be awarded $1'400'000 in damages I sustained by the Police Department Licensing Devision. Those damages include: my family and I being left defenseless in the face of a possible deadly threat, by infringing upon my Constitutional Right, in the form of $1'000'000. And by treating me, a citizen of this country, in an unequal and unbecoming manner that proves to show prejudice, bias and negligence, in the form of $400'000.

As I said previously, even though Officer Espada, Sergeant Esposito, Deputy Inspector Lunetta, and Director Prasso's accountability of their actions increases with rank. I will hold them responsible to the same degree to keep things less complicated. In other words, their damages, as of their treatment towards me, amounts to $100'000 each. Furthermore, I want their expedited expulsion from the police force and the deprivation of all the merits they acquired in the field. This might sound unreasonable or one might say I'm being emotional. However, even

12

though I said I am forgiving, the fact that they put my family in harms way by denying me my

right, is inexcusable. I forgive them of the way they treated and portrayed me. When it comes to

their disregard, for leaving my family defenseless in the face of a possible deadly threat, this I

don't forgive. Thus, the rise of my demand. In addition to this. I want the court to issue an

extensive and continues investigation on how the Police Department License Division conducts

their investigations and to what ways the citizens are subjected during this extensive process.

The timeline of the investigation should also be a matter of debate due to what I've noticed from

this experience. I would suggest a much shorter time period when I stand in front of the jury.

May 1, 2014



# New York City Police Department
## License Division

One Police Plaza
New York, NY 10038
Tel: (646) 610-6524
Fax: (646) 610-6399

Date: 04/29/2013

APPLICATION# 2013-0731
MISHTAKU, MARTIN
138 25 31ST DRIVE #2B
FLUSHING, NY 11354

DEAR MR. MISHTAKU:

My name is Police Officer ESPADA, and this letter is to inform you that I have recently been assigned to investigate your application for a handgun license with the New York City Police Department, License Division.

Attached you will find a list of all the necessary documents needed to proceed in the processing of your application.

Promptly respond and acknowledge the receipt of this letter so we can schedule an appointment regarding your Premise Business Application. You can contact me Monday through Friday from 9 AM to 2 PM at (646) 610-6524.

Thank you for your cooperation.

Sincerely,

Police Officer Espada

*June 20,*

*9. a.m.*

*Room 110*

**LICENSE DIVISION**
**ADMINISTRATIVE APPEAL UNIT**
1 POLICE PLAZA - Room 110
New York, NY 10038
1-646 610 5873

| | |
|---|---|
| MISHTAKU, MARTIN<br>138 25 31ST DRIVE #2B<br>FLUSHING, NY 11354 | DATE: *Appl # 2013 - 731*<br>*10-18-13* |
| | DISAPPROVAL# *31/13* |

## NOTICE OF DISAPPROVAL

Dear Applicant:

Your application for a Handgun License has been DISAPPROVED for the following reasons:

**ARREST HISTORY**

Arrested: 05/23/2009 for Harassment PL 240.25, Resisting Arrest PL 240.25 and Criminal Trespass 3rd degree. **Convicted** upon Plea of Guilty on August 23.2009 and was issued an Order Of Protection against him.

**On February 16, 2010, you were present for your Psychological Exam as a candidate for New York City Police Officer. During your interview, you made multiple statements which led the examiner to conclude that you were unsuitable for the position of Police Officer.   Your coping skills, stress tolerance, and overall poor judgment were all issues taken into consideration in making this decision.**

**Your arrest history, lack of responsibility, and poor stress tolerance cast grave doubt upon your ability to safely possess a firearm in New York City.   Factors specified in title 38 of the Rules of the City of New York § 5-10, (a), (e) and (n) were considered in making the determination to DISAPPROVE your application for a Premise Residence handgun license.**

To appeal this decision, the applicant must submit a sworn statement setting forth the grounds for the appeal and shall contain the following statement to be signed by the applicant in the presence of a Notary Public:

"Under penalty of perjury deponent being duly sworn, says that he/she is familiar with all of the statements contained herein and that each of these statements are true, and no pertinent facts have been omitted."

Appeals that are unsworn by applicant or submitted by individuals or business entities other than the applicant (or applicant's attorney who's duly licensed to practice in New York State) will not be accepted.   Appeals must be forwarded to the **Director** of the License Division **within (30) days** of the date of this notice.
Mark Envelope – **ATTENTION:   APPEAL UNIT**              By direction of

Andrew Lunetta
Deputy Inspector

Mishtaku, Martin (MR # 645940) DOB: 05/21/1987                                                  Page 1 of 1

**Martin Mishtaku**                                    Description:  Male DOB: 5/21/1987
10/23/2013 1:15 PM   Office Visit                       Provider:  WOONG PAIK, MD
MRN: 645940                                             Department:  Fhmc Acc Medical

## Instructions
To schedule an appointment for mental health (718 670 -5562) to return in 6 months or earlier as needed

## Vital Signs - Last Recorded
Smoking Status
Never Smoker

## You Were Diagnosed With
!mmunization, tetanus-diphtheria   -  Primary

## Medications and Orders

### Your Current Medications Are
Medication
**ascorbic acid (VITAMIN C) 500 MG tablet**        Take 1,000 mg by mouth once daily.

### Upcoming Administrations
None

### To-Do List

| Future Orders | Complete By | Expires |
|---|---|---|
| **Lipid Panel [LAB18 Custom]** | As directed | 4/3/2014 |

## Allergies
No Known Allergies

## Patient Acknowledgment
I certify that I have received this copy of my after-care instructions.

Patient /Proxy/Guardian/Relative Signature:  Martin Mishtaku

*om ito /Supervisor*

*Under Clinical Guidelines I'm prevented from taking a Psych Evalue*

# PATIENT INFORMATION

NAME: MARTIN MISHTAKU
AGENCY:
PHONE: (347) 760-4831

| PATIENT NAME | HOME ADDRESS - APT # | TELEPHONE |
|---|---|---|
| (Last) MISHTAKU | 138-25 31 Drive AP#2B | Home: (718) 445-9929 |
| (First, M.I.) MARTIN | FLUSHING NY 11354 | Work: |
| Name/AKA | | Cell: (347) 760-4831 |

| GENDER | EMERGENCY CONTACT | NEXT OF KIN/ LEGAL GUARDIAN |
|---|---|---|
| [X] M [ ] F | Name: RANDO MISHTAKU | Name: ELVIN LENGU |
| | Address: 138-25 31 Dr AP#2B | Address: 138-25 31 Dr |
| DATE OF BIRTH | FLUSHING NY 11354 | FLUSHING NY 11354 |
| 05.21.1987 | Phone: (718) 216-4517 Cell: | Phone: Cell: (917) 559-6261 |

**FOR PATIENTS UNDER 18: MUST BRING PROOF OF DOCUMENTATION:**
- Legal Custody? [ ] Yes [ ] No OR Guardianship? [ ] Yes [ ] No
- Legal Guardian OR Custodial Parent is: _____
- Legal Background? [ ] Yes [ ] No
- Type? _____
  Incarceration? [ ] Yes [X] No

| LANGUAGE | [X] English [ ] Spanish |
|---|---|
| [ ] Hindi [ ] Cantonese [ ] Mandarin |
| [ ] Korean [ ] Other |

**CITIZENSHIP** [X] United States
[ ] Other _____

| RACE | **CURRENT FHMC CLINIC PATIENT?** | MARITAL STATUS |
|---|---|---|
| [X] White [ ] Hispanic | [ ] Yes [X] No | [ ] Widowed [ ] Married |
| [ ] African American | CLINIC: | [ ] Divorced [X] Never Married |
| [ ] Asian/Pacific Islander | ** AOT [ ] Yes [ ] No | [ ] Other _____ [ ] Separated |
| [ ] Other _____ | ** ACT TEAM [ ] Yes [ ] No | HISTORY OF SUBSTANCE ABUSE [ ]YES [X] NO |
| | Name: | TYPE: |

| Are You a Smoker? [ ] Yes [X] No | PREVIOUS PATIENT OF FHMC MHC | HISTORY OF ALCOHOL ABUSE [ ]YES [X] NO |
|---|---|---|
| Want To Quit? [ ] Yes [ ] No | [ ] Yes [X] No Date: | TYPE: |

**CURRENT MEDICATION - Prescribed by:**   DETOX _____ REHAB _____

**HOUSEHOLD COMPOSITION**

| Name | Relationship | Age |
|---|---|---|
| VANGJEL MISHTAKU | FATHER | 58 |
| LULIETA MISHTAKU | MOTHER | 53 |
| RANDO MISHTAKU | BROTHER | 23 |

Requested records and info from previous providers [ ] Yes

**FINANCIAL INFORMATION:**
Guarantor DOB:
RECEIVES SSD [ ]Yes [ ] No - RECEIVES SSI [ ]Yes [ ] No

Social Security Number 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
[ ] Medicaid ID# ST 966 75E
[ ] Medicare ID#
[ ] Other Health Insurance
  ID#
  TEL#
  AUTH#

Name of Person Completing Form: Martin Mishtaku
Date: 10/23/2013

**PRESENTING SYMPTOMS** - Suicidal Ideation: [ ] Yes [X] No
- Homicidal Ideation: [ ] Yes [X] No

I'm here for a thourugh Psych Evaluation. I've applied for a Gun Permit and I need to take this evaluation as a proof that I'm mentally stable and perform very well under stress, also that I'm a reliable and responsible person.

Disposition: [ ] Admitted on _____ [ ] Doesn't Meet Admission Criteria [ ] Services Not Available
[ ] Patient Refused Services [ ] Patient Referred to: _____ [ ] Info Only

INTAKE DATE: _____   PSYCHIATRIC EVALUATION DATE: _____

THERAPIST: _____   MD: _____

Patient Availability: M___ T___ W___ TH___ F___ S___   Individual___ Group___ Both___
AM___ PM___ Both___






**RxBin 004336  RxPCN ADV  RxGrp RX1113**

## MARTIN MISHTAKU
### Member ID: ST96675E

DOB: 05/21/1987

Provider Name: **WOONG PAIK**
Provider Phone: **718-670-5488**
Dental:  **800-508-2047**

| Benefits | Copay |
|---|---|
| Non-Preferred Brand Drugs | $3 |
| Generic/Preferred Drugs | $1 |
| Non Prescription | |
| (over the counter) Drugs | $0.50 |

MKT11_11(a)v2 2013



**This card does not guarantee coverage.**

I agree by the use of this card to release to Healthfirst and its delegates
any medical information needed to administer my benefits.

**For Members**
Member Services:  **1-866-463-6743** (☎ : **1-888-542-3821**)
Website:          healthfirst.org

**For Providers**
**Medical**                                    **Pharmacy**
Eligibility:          **1-888-801-1660**       Help Desk: **1-800-364-6331**
Prior Authorization: **1-888-394-4327**        Claims:    CVS Caremark
Electronic Claims:   **Payer ID 80141**                   P.O. Box 52136
Paper Claims:        Healthfirst Claims Dept.             Phoenix, AZ 85072-2136
                     P.O. Box 958438
                     Lake Mary, FL 32795-8438

Martin Mishtaku                                                    11/12/2013

App#2013-731

<div align="center">Letter of Appeal</div>

This letter of appeal is solely addressed to Mr. Thomas Prasso, as I was told by Detective

Singleton, when I came to 1 Police Plaza, room 110, that Mr. Prasso is the director of the appeal

unit. I'm writing this letter of appeal because my right granted to me as a free citizen of the

United States by the 2nd amendment has been infringed. As you finish reading this letter sir I

suggest you strongly reconsider the decision made by Deputy Inspector, Andrew Lunetta.

In the notice of disapproval that I received personally on the 18th of October 2013 it

states that my arrest history, lack of responsibility, and poor stress tolerance cast grave doubt

upon my ability to safely possess a firearm in NYC.

First of all the investigating process was bias towards me because a thorough

investigation was never conducted by Officer, Cindy Espada. No one was contacted from my

previous work places, family members, friends and most importantly me. I was left in the dark

throughout the whole process which started in March, 22, 2013. This investigator did an

extremely lousy job including her supervisor Sergeant, Anthony Esposito all the way up to

Deputy Inspector, Andrew Lunetta. Investigating Officer, Espada conducted an interview with

me on June 20th 2013, why doesn't she state a single thing, of what went on during that

interview or how she felt in regards to my responses, on the notice of disapproval. I tell you

why. It's because it doesn't serve her purpose.

Now I would like to give you a window of understanding of what went on during my

interview with Psychological examiner for the position of P.O. with the NYPD, conducted on

February, 16, 2010. I remember walking in and presenting my-self with a tender smile, to which I was greeted with, can't recall if it was right there and then or during the interview, what's so funny. After which I kept a straight face. I recall the Psych, evaluator lady going through my papers and seeing that I had completed 60 college credits from Queens College, she asks me why wasn't I done with it already. That other candidates who have applied or are in the process of, have already got a College degree. She literally asks me why should we pick you when others are in a better position than me at the time. To which I responded; Do I meet the requirements of a minimum of 60 college credits set by the NYPD? She did not respond. Furthermore I added that I intended to finish my degree at John Jay College later on. I was asked about my arrest and the circumstances that led to my arrest. Prior to that, actually as she looked at my record she said, so you like to harass women huh. Here I must admit she did get under my skin a bit. I replied NO and told her not to judge me unless she had been in my shoes and felt what I felt. I guess maybe the way I responded she asked me that I could leave the interview if I didn't feel comfortable or something, to which I rejected. I proceeded to explain myself that at the time I had strong feelings for, well I was in love, with Jenny and that I got carried away as simple as that. I thought that by being persistent she would give in one day and give me a chance to show her what I really was about. I was wrong and I paid the price for it. Big times; It's fine though because I learned from my mistake. Mainly, that in life sometimes you have to let go of what you might love most and always hold on to and never neglect those that love you. Also, acceptance it's very important because it is only when you accept something that you can move on peacefully and find solutions.

I was asked about my sex life and its satisfaction, which I didn't expect, and felt uncomfortable yet I was honest. I said that my sex life was unsatisfactory because I wasn't in a relationship. A main question that the examiner asked me was, why did I want to be a Police

Officer? I simply said, because I could. To which she proceeded to look down in surprise and take some notes. I softly smiled and stated that I wanted to be a P.O. because I wanted to protect and serve my community. That was my way of giving back to this country for the opportunities it had given me. (In 2008 I also took the exam to become a Fire Fighter; unfortunately the waiting list was canceled due to the housing crisis that hit and so forth). Another very important question she asked was, would I execute an order to which I didn't agree with? I said no. She said explain. Well I said I'm not a hypocrite so I wouldn't go against my moral values. She said to give her an example. I said well give me a scenario. She proceeded on to something else. Today, I would say that if an order to implement martial law for any given reason was given to me I would not obey it. Simply because that order would suspend the Constitution to which I have sworn to protect and defend with my life, if necessary.

This is some of what went on during my interview for the position of Police Officer with the NYPD. I do not see any reason to state that my responses characterize me as a person who is irresponsible, with low stress tolerance and poor overall judgment (please). I'm not perfect. We all have flaws. I try to recognize and accept my flaws so that I can become a better person and I'm a way better person with time. My stock only goes up. It's funny that you have the audacity to smear my name and label me as a person who locks responsibility. I would have you remember that unlike a certain entity I owe $0 in contrast with over $17'000'000'000'000. So what would you call those in position of power who seem to be drunk on debt? I am my own leader. I'm laid back but I stand up and push back with the same force when pushed upon unjustifiably. As Newton stated, every action has an equal and opposite reaction.

In closing I would summarize myself in one short sentence. I, Martin Mishtaku, am a man of character. For the measure of a man is not wealth and worldly possessions, but character. I'm royalty baby for I'm good in the mind, heart and soul. I only want to get better.

Under penalty of perjury deponent being duly sworn, says that he/she is familiar with all of the statements contained herein and that each of the statements are true, and no pertinent facts have been omitted.



**POLICE DEPARTMENT**
**License Division**
One Police Plaza, Room 110A
New York, NY 10038
Tel: (646) 610-5560
Fax: (646) 610-6399

### NOTICE OF DISAPPROVAL AFTER APPEAL

December 4, 2013

Martin Mishtaku
138 25 31st Drive, Apt. #2B
Flushing, N.Y. 11354

**Disp. #314/13**
**Appeal #157/13**

Dear Mr. Mishtaku:

I am writing to inform you that based on my review of the entire record, this appeal of the determination denying your premises residence license is denied due to:

You were arrested on 8/22/09 and charged with Resisting Arrest, Criminal Trespass, 3rd degree and Harassment, 2nd degree. You pled guilty to disorderly conduct and were sentenced to a one year conditional discharge and order of protection. This arrest arose from a series of incidents starting in May, 2009.

During your interview with the NYPD psychologist, you admitted that you know your behavior was upsetting the complainant but you continued your attempts to be with her.

The psychological exam also revealed that you demonstrated a consistent pattern of poor coping skills and poor judgment with "potential difficulty incorporating the values and standards of society" and "limited respect for rules and social norms."

While your letter of appeal goes on at length about your recollection of the examination, you have not submitted any information, such as your own doctor's report, to refute the NYPD psychologist's conclusions. See 38 RCNY 5-10(a) and (n).

You may appeal this determination by commencing an Article 78 proceeding in State Supreme Court within four months of the date of this letter.

Very truly yours,

Thomas M. Prasso
Director

TMP:hc

COURTESY • PROFESSIONALISM • RESPECT
Website: http://nyc.gov/nypd